05/14/2018 GRANTED; THE HEARING OF 05/15/18 IS CONTINUED TO 06/20/18 AT 12:00PM IN WORCESTER.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| JOHN A. YELLIG, III, & PATRICIA A. ) | |
| YELLIG ) | Case No. 17-41278 |
| ) | Chapter 13 |
| JOHN A. YELLIG, III, ) | |
|     Plaintiff, ) | Adv. Proc. No. 17-04040 |
| ) | |
| v. ) | |
| ) | |
| VETERANS INC., ) | |
|     Defendant. ) | |

## JOINT MOTION TO RESCHEDULE OR CANCEL PRE-TRIAL HEARING

NOW COME the Parties in the above-entitled action and move this Honorable Court to reschedule or cancel the pre-trial hearing currently scheduled for May 15, 2018. As grounds therefor, the Parties state as follows as follows:

1. The initial complaint was filed July 22, 2017;

2. On or about February 6, 2018, this Honorable Court allowed the Parties joint request to reschedule the pre-trial hearing to May 15, 2018 to permit the Parties additional time to conduct discovery and explore resolution of this matter.

3. The Parties have since reached a mutually agreeable and satisfactory resolution of this matter. Counsel for Defendant Veterans, Inc. has drafted and Plaintiff has executed a settlement agreement contemplating the resolution of this and all other disputes and controversies between the Parties. The settlement agreement acknowledges that Veterans, Inc. disputes liability in this matter and the settlement is not an admission of liability.